Clerk's Office
Filed Date: 8/30/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTURO MUJICA,

    Petitioner,

 v.

MARK ROYCE,

    Respondent.
-----------------------------------------------------------X

**ORDER**

19-CV-5169 (WFK) (JMW)

**WILLIAM F. KUNTZ, II, United States District Judge:**

 On August 11, 2021, the Honorable Magistrate Judge James M. Wicks filed a Report and Recommendation ("R&R") recommending this Court DENY Petitioner's application for writ of habeas corpus in its entirety. ECF No. 16. Written objections to the R&R were due fourteen days from service of the report, and to date, no objection has been filed.

 In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court ADOPTS the R&R in its entirety. The Court respectfully directs the Clerk of Court to terminate the motion pending at ECF No. 16.

            **SO ORDERED.**

            s/ WFK
            _____
            HON. WILLIAM F. KUNTZ, II
            UNITED STATES DISTRICT JUDGE

Dated: August 30, 2021
       Brooklyn, New York